THE STATE v. HINTON, *Appellant*.

Division Two, February 12, 1895.

Practice in Supreme Court: FAILURE TO FILE BILL OF EXCEPTIONS.
Where no bill of exceptions has been preserved and no error appears
in the record proper, the judgment will be affirmed on appeal.

*Appeal from Randolph Circuit Court.*—HON. JOHN A.
HOCKADAY, Judge.

AFFIRMED.

*R. F. Walker*, Attorney General, for the state.

This case must be determined upon the record
proper. Nothing else is preserved or brought here.
The indictment is in the usual form; following the
language of the statute under which it is drawn, it
clearly and sufficiently charges the offense with which
defendant was charged. R. S. 1889, sec. 3460.

SHERWOOD, J.—John N. Hinton indicted with
others for murder in the second degree in killing one
George Mickell, July 6, 1893, was the only one of those
indicted who was found guilty, and he of manslaughter
in the fourth degree, and his fine assessed at $500.

No bill of exceptions being preserved, and no error
occurring in the record proper, judgment affirmed. All
concur.